IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| VS. | § | CRIMINAL NO. H-11-862 |
| | § | |
| SHEWANNA THOMAS | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 33). The motion for continuance is GRANTED. The sentencing hearing is reset to **May 29, 2013 at 9:00 a.m.**

SIGNED on March 21, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge